NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STANLEY L. NIBLACK,<br><br>                Plaintiff,<br>v.<br><br>UNIVERSITY OF MEDICINE AND<br>DENTISTRY OF NEW JERSEY et al.,<br><br>                Defendants. | Civil Action No.: 14-1831 (JLL)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff's motion to remand. This Court had referred Plaintiff's motion to the Honorable Joseph A. Dickson, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B). Magistrate Judge Dickson filed a Report and Recommendation in connection with said motion on January 9, 2015. In particular, Magistrate Judge Dickson recommended that Plaintiff's motion to remand be granted. To date, the Court has received no objections with respect to Magistrate Judge Dickson's January 9, 2015 Report and Recommendation, and for good cause shown,

**IT IS** on this **26th day of January, 2015,**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on January 9, 2015 [Docket Entry No. 94], is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand is **granted;** and it is further

**ORDERED** that this case shall be remanded to the New Jersey Superior Court, Law Division, Essex County Vicinage.

**IT IS SO ORDERED.**

José L. Linares
United States District Judge

1